B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF ALABAMA

In re  VENINA CAFFEY_____,          Case No. 14-31671_____

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

_NCEP, LLC by AIS Data Services, LP as agent_          SANTANDER CONSUMER USA_____
Name of Transferee                                           Name of Transferor

Name and Address where notices to transferee          Court Claim # (if known): _____2_____
should be sent:                                        Amount of Claim: _____$13,091.52_____
NCEP, LLC                                              Date Claim Filed: _____07/08/2014_____
by AIS Data Services, LP as agent
PO Box 165028
Irving, TX  75016

Phone: _817-277-2011_____          Phone: _____
Last Four Digits of Acct #: _____2853_____          Last Four Digits of Acct. #: ____9820____

Name and Address where transferee payments
should be sent (if different from above):
NCEP, LLC
by AIS Data Services, LP as agent
PO Box 4138
Houston, TX  77210

Phone: _817-277-2011_____
Last Four Digits of Acct #:_____2853_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Scott Beauchamp_____          Date: 01/30/2015_____
      Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.