# UNITED STATES BANKRUPTCY COURT
## Middle District of Alabama

In re                                                                                         Case No. 14−31671
Venina Caffey                                                           Chapter 13

    Debtor

## NOTICE

PLEASE TAKE NOTICE that a hearing will be held at

U.S. Bankruptcy Court, One Church Street, Courtroom 4C, Montgomery, AL 36104

on September 12, 2016 at 09:00 AM

to consider and act upon the following:

*27* − Motion to Substitute Collateral filed by Richard D. Shinbaum on behalf of Venina Caffey. (Attachments: # 1 Exhibit A # 2 Exhibit B) (Shinbaum, Richard)

Dated: September 7, 2016

Juan−Carlos Guerrero
Clerk, U.S. Bankruptcy Court