**UNITED STATES BANKRUPTCY COURT**
**Middle District of Alabama**

In re

Venina Caffey

    Debtor

Case No. 14−31671
Chapter 13

# NOTICE

PLEASE TAKE NOTICE that a hearing will be held at

U.S. Bankruptcy Court, One Church Street, Courtroom 4C, Montgomery, AL 36104

on September 12, 2016 at 09:00 AM

to consider and act upon the following:

*27* − Motion to Substitute Collateral filed by Richard D. Shinbaum on behalf of Venina Caffey. (Attachments: # 1 Exhibit A # 2 Exhibit B) (Shinbaum, Richard)

Dated: September 7, 2016

Juan−Carlos Guerrero
Clerk, U.S. Bankruptcy Court

```
                          United States Bankruptcy Court
                           Middle District of Alabama
In re:                                                        Case No. 14-31671-DHW
Venina Caffey                                                 Chapter 13
         Debtor                CERTIFICATE OF NOTICE
```

District/off: 1127-2    User: jmclain         Page 1 of 1           Date Rcvd: Sep 07, 2016
                        Form ID: ntchrgBK     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 09, 2016.
db             +Venina Caffey,    6137 Eric Lane,    Montgomery, AL 36116-5019

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 09, 2016                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 7, 2016 at the address(es) listed below:
              Bankruptcy Administrator    ba@almb.uscourts.gov
              Richard D. Shinbaum    on behalf of Debtor Venina  Caffey rshinbaum@smclegal.com,
               scarter@smclegal.com
              Sabrina L. McKinney [Acting]    trustees_office@ch13mdal.com
                                                                                         TOTAL: 3