# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF ALABAMA

In re                                       Case No. 14-31671-DHW
                                            Chapter 13
VENINA CAFFEY,

   Debtor.

## ORDER GRANTING MOTION TO SUBSTITUTE COLLATERAL

The debtor filed a Motion to Substitute Collateral (Doc. #27) requesting to use insurance proceeds due on a vehicle that was totaled. The debtor would like to purchase a replacement vehicle, a 2009 Chevrolet Malibu, with the insurance proceeds and grant NCEP, LLC a lien on the replacement vehicle. The court held a hearing on the matter on September 12, 2016. In accordance with the ruling from the bench in open court, it is

ORDERED that the motion is GRANTED and the debtor may use the insurance proceeds due from Allstate to purchase a replacement vehicle. The debtor will grant NCEP, LLC a lien on the replacement vehicle.

Done this 12th day of September, 2016.

*/s/ Dwight A. Williams, Jr.*
Dwight H. Williams, Jr.
United States Bankruptcy Judge

c:  Debtor
    Richard D. Shinbaum, Attorney for Debtor
    Sabrina L. McKinney, Acting Trustee
    NCEP, LLC, Creditor